UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

        Plaintiff,

   v.

CITY OF SEATTLE, *et al.*,

        Defendants.

Case No. C05-1829L

ORDER GRANTING MOTION
FOR AN EXTENSION

     This matter comes before the Court *sua sponte*. On March 10, 2006, the Court issued an order to show cause (Dkt. #4) why this case should not be dismissed for plaintiff's failure to serve defendant within the time limits set forth in Fed. R. Civ. P. 4(m). On March 10, 2006, plaintiff filed a "Request for an Extension of Service" requesting to extend the time to serve one defendant until March 15, 2006.

     Accordingly, the Court GRANTS plaintiff's motion for an extension of time to serve defendant until March 15, 2006. (Dkt. #6). No later than March 24, 2006, plaintiff must file proof of service with this Court or show cause why his complaint should not be dismissed for failure to effect service. Plaintiff is reminded that the requirements for

ORDER GRANTING MOTION
FOR AN EXTENSION - 1

1  service are set forth in Rule 4 of the Federal Rules of Civil Procedure.

3       DATED this 15th day of March, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
FOR AN EXTENSION - 2