UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MART LIIKANE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, *et al.*, <br><br> Defendants. | Case No. C05-1829L <br><br> ORDER DENYING MOTION FOR DEFAULT |

This matter comes before the Court on plaintiff's motion for default (Dkt. #22) against defendants the City of Seattle, the City Attorney of Seattle, Darby DuComb, the Police Department of Seattle, Officer Eric Michl, the Department of Planning and Development, the Department of Licensing, and Hank Landis (collectively, "defendants"). Although plaintiff titled his motion as a "Motion for Default Judgment," the body of his motion, including his reference to Local Rule 55(a), indicate that he is moving for default rather than for default judgment.

Pursuant to Local Rule 55(a), default may be entered against any party who has been served as required by Fed. R. Civ. P. 4 and "who has failed to plead or otherwise defend." In this case, all defendants except the Department of Planning and

ORDER DENYING MOTION
FOR DEFAULT - 1

1  Development have answered plaintiff's complaint.  Furthermore, although all defendants
2  except the Department of Planning and Development had appeared before plaintiff filed
3  his motion, plaintiff failed to give them written notice of his motion prior to filing it as
4  required by Local Rule 55(a).  As for the Department of Planning and Development, it
5  appears that plaintiff has not served that entity in a manner authorized by Fed. R. Civ.
6  P. 4.

   Accordingly, the Court DENIES plaintiff's motion for default (Dkt. #22).

   DATED this 19th day of April, 2006.


                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER DENYING MOTION
FOR DEFAULT - 2