1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

          Plaintiff,

     v.

CITY OF SEATTLE, *et al.*,

          Defendants.

Case No.  C05-1829L

ORDER DENYING MOTION
FOR RECONSIDERATION

      This matter comes before the Court on plaintiff's Response to Order Declining to Recuse.  (Dkt. #49).  Plaintiff asserts that the Court erred in denying his motion to recuse. The Court issued its order declining to voluntarily recuse on September 21, 2006.  The motion was then referred to the Honorable Marsha J. Pechman for review.  Judge Pechman denied plaintiff's motion to recuse on September 27, 2006.

      The Court construes plaintiff's Response as a motion for reconsideration. However, it is untimely.  Local Rule 7(h).  Furthermore, plaintiff has not shown manifest error in the prior ruling or shown new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence.  Id.

1     Accordingly, plaintiff's motion for reconsideration is DENIED.

2

3     DATED this 30th day of October, 2006.

4

5

6                      Robert S. Lasnik
                       United States District Judge

26  ORDER DENYING MOTION
     FOR RECONSIDERATION - 2