UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

        Plaintiff,

    v.

CITY OF SEATTLE, *et al.*,

        Defendants.

Case No.  C05-1829L

ORDER DENYING REQUEST
FOR A CONFERENCE

       This matter comes before the Court on plaintiff's request for a conference.  (Dkt. #52).  Plaintiff seeks a conference with this Court and defendants to discuss what plaintiff alleges is defendants' use of fraudulent and inauthentic documents in this case.

       As an initial matter, plaintiff's request is not styled or noted as a motion. Nevertheless, because plaintiff is proceeding *pro se*, the Court will construe his "request" as a motion.  Plaintiff is reminded, however, that if he seeks relief from this Court, he must follow the Local Rules and Federal Rules of Civil Procedure regarding motions, particularly Local Rule 7.  Furthermore, plaintiff has not shown a need for the requested conference or identified any specific improper documents.

ORDER DENYING REQUEST - 1

1    Accordingly, plaintiff's request for a conference is DENIED.

2

3    DATED this 7th day of November, 2006.

4

5

6                                    *Robert S. Lasnik*
                                    Robert S. Lasnik
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER DENYING REQUEST - 2