UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

        Plaintiff,

    v.

CITY OF SEATTLE, *et al.*,

        Defendants.

Case No. C05-1829L

ORDER DENYING SECOND MOTION FOR AFFIDAVIT OF PREJUDICE

    This matter comes before the Court on plaintiff's "Response to 'Order Denying Request for a Conference' and Second Motion for Affidavit of Prejudice." (Dkt. #54). On September 21, 2006 and in response to plaintiff's motion, the Court issued an order declining to voluntarily recuse. The motion was then referred to the Honorable Marsha J. Pechman for review. Judge Pechman denied plaintiff's motion to recuse on September 27, 2006.

    Plaintiff subsequently filed a "Response" to the order, which the Court construed as a motion for reconsideration. The Court denied the motion as untimely and without merit.

    In his Response and Second Motion for Affidavit of Prejudice, plaintiff again

ORDER DENYING MOTION - 1

1 accuses the Court of bias, as well as calling it a coward and other epithets. However,
2 plaintiff has not provided any new arguments or facts to support his renewed allegation of
3 bias. Accordingly, plaintiff's motion is DENIED for the same reasons his first motion
4 and motion for reconsideration were denied.

6       DATED this 21st day of November, 2006.

                                           /s/ Robert S. Lasnik
                                           Robert S. Lasnik
                                           United States District Judge

26 ORDER DENYING MOTION - 2