UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

    Plaintiff,

  v.

CITY OF SEATTLE, *et al.*,

    Defendants.

Case No. C05-1829L

ORDER DENYING MOTION
FOR RECONSIDERATION

    This matter comes before the Court on plaintiff's Response to Order Denying Second Motion for Affidavit of Prejudice. (Dkt. #56). Plaintiff asserts that the Court erred in denying his motion to recuse.

    The Court construes plaintiff's Response as a motion for reconsideration. However, plaintiff has not shown manifest error in the prior ruling or shown new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Accordingly, plaintiff's motion for reconsideration is DENIED.

    DATED this 6th day of December, 2006.

                      /s/ Robert S. Lasnik
                      Robert S. Lasnik
                      United States District Judge

ORDER