1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MART LIIKANE,

               Plaintiff,

       v.

CITY OF SEATTLE, et al.,

              Defendants.

Case No. C05-1829RSL

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF MART LIIKANE and on behalf of DEFENDANTS in the amount of $1,007.50.

Entered this ____15th_____ day of MAY , 2007 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1